UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| CHRISTOPHER RICHEY,<br><br>                    Plaintiff,<br><br>       vs.<br><br>BEST IT.COM, INC., an Arizona corporation, HARRY CURTIN,<br><br>                    Defendants. | Case No. 2:10-CV-01223-JWS<br><br>**ORDER APPROVING SETTLEMENT AND DISMISSING COMPLAINT WITH PREJUDICE** |

Upon consideration of the parties' Joint Motion for Approval of Settlement and Dismissal of Complaint With Prejudice, and good cause appearing therefor,

IT IS ORDERED granting the Motion.

IT IS FURTHER ORDERED that the parties' settlement is approved as a fair and reasonable resolution of a *bona fide* dispute.

IT IS FURTHER ORDERED that defendant Best IT.com, Inc. shall comply with paragraph 1 of the parties' Confidential Settlement Agreement and Release within ten (10) days of the entry of this Order.

IT IS FURTHER ORDERED that this action is hereby dismissed with prejudice in its entirety, with attorneys' fees and costs to be borne as stated in the parties' Confidential Settlement Agreement and Release.

DATED:  November 12, 2010.

/s/ John W. Sedwick
United States District Court Judge